# Court of Appeals
# of the State of Georgia

ATLANTA,  November 05, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0111.  JOHN SALVESEN v. ASCENDANT PROPERTY GROUP LLC.**

On September 17, 2019, the state court entered a writ of possession in favor of Ascendant Property Group, LLC. On October 8, 2019, John Salvesen filed this application for discretionary review of that ruling. We lack jurisdiction because the application was not timely filed.

An application for discretionary review generally may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs  v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Salvesen's application seeking to appeal the state court's order in this dispossessory action is untimely, as it was filed 21 days after entry of the order.

Accordingly, this untimely application for discretionary review is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/05/2019*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*